UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN CROSS,

               Plaintiff,

v.

JENNIFER ROSS, et al,

               Defendant.

CASE NO. 3:18-cv-5186 RJB-JRC

ORDER ADOPTING REPORTS AND RECOMMENDATIONS

The Court, having reviewed the Reports and Recommendations of Magistrate Judge J. Richard Creatura (Dkts. 64 and 67), objections to the Reports and Recommendations, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Reports and Recommendations (Dkts. 64 and 67).

(2) The Defendants' motion for summary judgment (Dkt. 53) is **GRANTED** as to the dismissal of all Plaintiff's claims, and **DENIED** as to the dismissal counting as a strike under 28 U.S.C. § 1915(a).

(3) The Plaintiff's motions to dismiss (Dkts. 55 and 57) are **DENIED**.

(4) The Plaintiff's motions for "Order to Show Cause" (Dkts. 58 and 60) are **DENIED**.

(5) This case is **CLOSED**.

**DATED** this 3rd day of January, 2019.

               */s/ Robert J. Bryan*
               ROBERT J. BRYAN
               United States District Judge